UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 15-2623-DMG (PJWx)** | Date  April 20, 2015 |
| Title  *Lizet Ramirez v. PMR Progressive, LLC* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – DISMISSING ACTION FOR LACK OF JURISDICTION**

The Court, having considered Plaintiff's non-opposition [Doc. # 11], hereby DISMISSES the above-entitled action for lack of subject matter jurisdiction for the reasons stated in the Order to Show Cause. [Doc. # 8.]

IT IS SO ORDERED.

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|